# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2018

155208

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JOHN LAWRENCE JAKUBOWSKI,
    Defendant-Appellant.
_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

SC: 155208
COA: 334155
Wayne CC: 15-004801-FH

By order of September 12, 2017, the application for leave to appeal the December 6, 2016 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Chatman* (Docket No. 155184). On order of the Court, leave to appeal having been denied in *Chatman* on March 9, 2018, ___ Mich ___ (2018), the application is again considered. It appearing to this Court that the case of *People v Ames* (Docket No. 156077) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2018

Clerk

d0625